IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL FULGHAM,

      Petitioner,

v.                                                                                    Case No. 5D17-2766

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 6, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael Fulgham, Sneads, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 6, 2017 order denying Petitioner's pro se motion to correct sentence, filed in Case No. 2016-CF-1201-A, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, BERGER and LAMBERT, JJ., concur.